**IN THE SUPREME COURT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: TEMPORARY ASSIGNMENT OF : | No. 323 Common Pleas Judicial |
| PHILADELPHIA MUNICIPAL COURT : | Classification Docket |
| JUDGES TO THE COURT OF COMMON : | |
| PLEAS OF THE FIRST JUDICIAL : | |
| DISTRICT OF PENNSYLVANIA : | |

## O R D E R

**PER CURIAM:**

AND NOW, this 4th day of December, 2014, pursuant to Article V, Section 10(a) of the Pennsylvania Constitution, we grant the Petitions of Sheila Woods-Skipper, President Judge of the Court of Common Pleas of the First Judicial District of Pennsylvania, for the temporary assignment through February 15, 2016, of the following Philadelphia Municipal Court Judges to the Court of Common Pleas of the First Judicial District of Pennsylvania:

The Honorable Robert S. Blasi
The Honorable Martin Coleman
The Honorable Joyce O. Eubanks
The Honorable Jacquelyn Frazier-Lyde
The Honorable Thomas F. Gehret
The Honorable Barbara S. Gilbert
The Honorable Roger F. Gordon
The Honorable Charles Hayden
The Honorable Nazario Jimenez, Jr.
The Honorable Lydia Kirkland
The Honorable Gerard A. Kosinski
The Honorable Henry Lewandowski, III
The Honorable Wendy L. Pew
The Honorable Harvey W. Robbins
The Honorable Stephanie M. Sawyer
The Honorable T. Francis Shields
The Honorable Karen Yvette Simmons
The Honorable Marvin L. Williams